# Exhibit B

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION**

LENORA RICE, on behalf of herself and other persons similarly situated,

        Plaintiff,

   vs.

NATIONAL BEVERAGE CORP. d/b/a LaCROIX SPARKLING WATERS,

        Defendant.

Case No. 2018-CH-12302

## <u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

      Please take notice that on October 25, 2018, National Beverage Corporation d/b/a LaCroix Sparkling Waters, by and through its undersigned counsel, caused the Notice of Removal by Defendant National Beverage Corporation d/b/a LaCroix Sparkling Waters, attached hereto as Exhibit 1 (the "Notice of Removal"), to be filed with the United States District Court for the Northern District of Illinois, Eastern Division. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal effects the removal of this case to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: October 25, 2018

Respectfully submitted,

National Beverage Corporation d/b/a LaCroix Sparkling Waters

By:   <u>/s/ Desiree F. Moore</u>
       One of Its Attorneys

Desiree F. Moore
Matthew A. Alvis
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
desiree.moore@klgates.com
matthew.alvis@klgates.com

*Attorneys for National Beverage Corporation d/b/a LaCroix Sparkling Waters*